IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA
*ex rel.,* INNOVATIVE SOLUTIONS
CONSULTING, LLC                                                                    PLAINTIFF

v.                                    Case No. 4:16-cv-00918 KGB

BUTCHAIAH GARLAPATI                                                                DEFENDANT

## ORDER

Before the Court is realtor Innovative Solutions Consulting, LLC's notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). On September 26, 2019, the Court entered an order that stated that should the realtor or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting such approval. The notice of voluntary dismissal states that counsel for the United States consents to such dismissal so long as the dismissal is without prejudice as to the United States. For good cause shown, the Court dismisses this case without prejudice on the terms proposed by the parties and the United States.

It is so ordered this 11th day of December, 2019.

Kristine G. Baker
United States District Judge